UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __05/07/2025__

WILLIAM FOSTER

                        Plaintiff,

v.

UNITED NATURAL FOOD, INC.

                       Defendant.

7:24-cv-00251-NSR

ORDER

NELSON S. ROMÁN, United States District Judge:

    On April 11, 2025, the Court issued an Order to Show Cause (the "Order") directing Plaintiff to show cause in writing on or before May 2, 2025 as to why this action should not be dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Failure to comply with the Order would result in dismissal of this case for want of prosecution. Despite the Court's Order, there has been no further communication or action taken on the part of Plaintiff since January 2024. Accordingly, it is hereby ordered that Plaintiff's claims against United Natural Food, Inc. are dismissed without prejudice and the matter terminated.

    The Clerk of Court is respectfully directed to terminate the instant matter.

SO ORDERED.

    Dated:    May 7, 2025
                White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge